# CERTIFICATE OF SERVICE

I, Gini L. Downing_____(name), certify that service of this summons and a copy of the complaint was made February 4, 2022_____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Kimberly Clark Inc.
P.O. Box 905216
Charlotte, NC 28290-5216

Kimberly Clark Inc.
Attn: Maria Henry, CFO
K-C ID 37-77815-001
Charlotte, NC 28290-5216

Kimberly Clark Inc.
Post Office Box 905216
Charlotte, NC 28290-5216

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Kimberly Clark Corporation
P.O. Box 619100
Dallas, TX 75261

Kimberly Clark Corporation
Attn: Maria Henry, CFO
351 Phelps Dr
Irving, TX 75038

The Corporation Trust Company,
R/A for Kimberly Clark Corporation
Corporation Trust Center
1209 Orange St
Wilmington DE 19801

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date     February 4, 2022     Signature     /s/ Gini L. Downing_____

         Print Name:          Gini L. Downing_____
                              Pachulski Stang Ziehl & Jones LLP
                              10100 Santa Monica Blvd.
                              13th Floor
         Business Address:    Los Angeles, CA 90067_____

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kimberly Clark Corporation
P.O. Box 619100
Dallas, TX 75261

9590 9402 3367 7227 2907 65

2. Article Number (Transfer from service label)

7017 2400 0000 3936 9443

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

CARD WAS RETURNED
WITHOUT A SIGNATURE

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kimberly Clark Corporation
Attn: Maria Henry, CFO
351 Phelps Dr
Irving, TX 75038

9590 9402 3367 7227 2907 72

2. Article Number (Transfer from service label)

7017 2400 0000 3936 9450

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X /s/
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Kim Trinh    2/9/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>The Corporation Trust Company,<br>R/A for Kimberly Clark Corporation<br>Corporation Trust Center<br>1209 Orange St<br>Wilmington DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FEB 0 8 2022<br>CT CORPORATION |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3367 7227 2907 89 | 3. Service Type<br>☐ Adult Signature    ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery    ☐ Registered Mail™<br>☒ Certified Mail®    ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery    ☒ Return Receipt for Merchandise<br>☐ Collect on Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3936 6398 | ☐ Collect on Delivery Restricted Delivery    ☐ Signature Confirmation™<br>☐ Insured Mail    ☐ Signature Confirmation Restricted Delivery<br>☐ Insured Mail Restricted Delivery (over $500) |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |