Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>KIMBERLY-CLARK CORPORATION,<br><br>Defendant. | Adv. Proc. No. 22-02046 (PRW) |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the RDC Liquidating Trust, and defendant Kimberly-Clark Corporation (together, the "**Parties**"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

Dated: June 6, 2022

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Ilan D. Scharf
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: bsandler@pszjlaw.com
ischarf@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: June 6, 2022

GIBSON, DUNN & CRUTCHER LLP

Jeffrey C. Krause (*Admitted Pro Hac Vice*)
Michael G. Farag (*Admitted Pro Hac Vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7559
Email: jkrause@gibsondunn.com
mfarag@gibsondunn.com

*Counsel to Defendant Kimberly-Clark Corporation*

SO ORDERED

DATED: _____, 2022
Rochester, New York

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge