# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>　Rochester Drug Cooperative, Inc.<br><br>　　　　　Debtor(s) | Case No.: 2−20−20230−PRW<br>Chapter: 11 |
| Advisory Trust Group, LLC<br>as trustee of the RDC Liquidating Trust<br>　　　　　Plaintiff(s)<br><br>v.<br><br>KIMBERLY−CLARK CORPORATION<br>　　　　　Defendant(s) | A.P. No.: 2−22−02046−PRW |

## ORDER CLOSING ADVERSARY PROCEEDING

Upon the filing of the Plaintiff's Notice of Dismissal [ECF No. 24],

**IT IS ORDERED** that this adversary proceeding is hereby closed.

DATED: June 8, 2022　　　　　　　　　　　＿＿＿＿＿＿＿＿＿/s/＿＿＿＿＿＿＿＿＿
　　　Rochester, New York　　　　　　　　HON. PAUL R. WARREN
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Form CLOSEAP
www.nywb.uscourts.gov