# Notice Recipients

District/Off: 0209–2   User: admin   Date Created: 6/8/2022
Case: 2–22–02046–PRW   Form ID: pdforder   Total: 3

**Recipients of Notice of Electronic Filing:**
aty   Ilan D Scharf   ischarf@pszjlaw.com
aty   Jeffrey Charles Krause   jkrause@gibsondunn.com
aty   Michael G. Farag   mfarag@gibsondunn.com

TOTAL: 3